# EXHIBIT 1

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Connecticut

Hon. Angela Munson
Assistant Chief Immigration Judge
Executive Office for Immigration Review
Suite 628
450 Main Street
Hartford, CT
06103-3015

July 27, 2026

Re: request for court records

Dear Judge Munson,

The ACLU of Connecticut respectfully requests copies of the court records listed below pursuant to its First Amendment right of access to judicial documents. This is not a Freedom of Information request. Kindly furnish us with copies of:

(1) All docket numbers and case captions—including respondents' full names—of any removal matter in which the court held any hearing during the months of May, June, and July 2026, and

(2) All in absentia removal orders issued by the Court during the months of May, June, and July 2026, including the docket number and caption with respondents' full names.

Because the First Amendment guarantees a contemporaneous right of access to judicial documents, we request copies of the above records as soon as possible, but no later than August 10, 2026.

To minimize work on the Court's staff, we would gladly accept electronic copies of the judicial documents listed above. We would also be pleased to make the copies ourselves at the Court if that reduces the Court's burden in fulfilling our request.

Yours sincerely,

Dan Barrett
*Legal Director*
dbarrett@acluct.org
(860) 471-8471