# EXHIBIT 2

9589 0710 5270 3663 6430 48

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.55 $0.00 | 0511 77 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $1.69 | 07/27/2026 |
| Total Postage and Fees $ | $7.24 | |

Sent To A. MUNSON @ EOIR
Street and Apt. No., or PO Box No. 450 MAIN STREET
City, State, ZIP+4® HARTFORD, CT 06103-3015

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE.**

NEW HAVEN
50 BREWERY ST
NEW HAVEN, CT 06511-5925
www.usps.com

07/27/2026 04:21 PM

TRACKING NUMBERS
9589 0710 5270 3663 6430 48

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.69 |
| Hartford, CT 06103 | | | |
| Weight: 0 lb 0.90 oz | | | |
| Estimated Delivery Date Fri 07/31/2026 | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3663 6430 48 | | | |
| Total | | | $7.24 |

Grand Total: $7.24

Credit Card Remit $7.24
Card Name: VISA
Account #: XXXXXXXXXXXX9749
Approval #: 01708D
Transaction #: 144
AID: A0000000031010 Contactless
AL: VISA CREDIT
CHASE VISA

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-S…

# USPS Tracking®

FAQs ❯

**Tracking Number:**

**9589071052703663643048**

**Remove ✕**

**Copy** **Add to Informed Delivery**

**Latest Update**

Your item was delivered to an individual at the address at 12:08 pm on July 30, 2026 in HARTFORD, CT 06103.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

**Delivered, Left with Individual**
HARTFORD, CT 06103
July 30, 2026 12:08 PM

**Out for Delivery**
HARTFORD, CT 06103
July 30, 2026 6:18 AM

**Arrived at Post Office**
HARTFORD, CT 06114
July 30, 2026 6:07 AM

**Arrived at USPS Facility**
SPRINGFIELD MA DISTRIBUTION CENTER
July 29, 2026 2:33 AM

**Arrived at USPS Facility**

HARTFORD CT DISTRIBUTION CENTER
July 27, 2026 11:48 PM

**Departed Post Office**
NEW HAVEN, CT 06511
July 27, 2026 7:32 PM

**USPS in possession of item**
NEW HAVEN, CT 06511
July 27, 2026 4:18 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**