**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

AMERICAN CIVIL LIBERTIES UNION
OF CONNECTICUT,
Plaintiff,

v.

TODD BLANCHE, in his official capacity as
United States Attorney General; and
ANGELA MUNSON, in her official capacity as
Chief Immigration Judge, Hartford Immigration Court,
Executive Office for Immigration Review,

Defendants.

CIVIL ACTION NO.:
3:26-cv-01458-VDO

SEPTEMBER 10, 2026

**CORPORATE DISCLOSURE STATEMENT**

The Plaintiff American Civil Liberties Union of Connecticut ("ACLU of CT") makes the following disclosures pursuant to Fed. R. Civ. P. 7.1:

ACLU of CT is not a publicly traded company. No publicly held corporation owns 10% or more of the stock of the ACLU of CT.

THE PLAINTIFF

AMERICAN CIVIL LIBERTIES UNION
OF CONNECTICUT

By: ___/s/ *Alexa T. Millinger*_______________
Alexa T. Millinger (ct29800)
William S. Fish, Jr. (ct05349)
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT 06103
Tel: (860) 331-2856
amillinger@hinckleyallen.com
wfish@hinckleyallen.com

Dan Barrett (ct29816)
Jaclyn Blickley (ct31822)
Joseph Gaylin (ct32089)
ACLU Foundation of Connecticut
P.O. Box 230178
Hartford, CT 06123
Tel: (860) 471-8471
legal@acluct.org

*Attorneys for the ACLU of Connecticut*