# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
: WETHERSFIELD OCTOBER 2, 2026
COUNTY OF HARTFORD:

AMERICAN CIVIL LIBERTIES UNION OF CT VS. TODD BLANCHE, ET AL

SERVICE UPON: TODD BLANCHE

At said Wethersfield, I deposited in a U.S. Post Office, a letter certified, article number 9589 0710 5270 1828 8899 59, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the green card was returned to me.

ATTEST: W

WILLIAM DREW, JR.
CT STATE MARSHAL
HARTFORD COUNTY

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

[redacted]

9590 9402 0085 6058 7255 36

2. Article Number (*Transfer from service label*)

9589 0710 5270 1828 8899 59

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVE***

A. Signature
X Evie Sassok

B. Received by (Printed Name) C.

SEP 29 2026

D. Is delivery address different from item 1?
If YES, enter delivery address below:

REJECTED

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Restricted Delivery (over $500)
- ☐ Prio
- ☐ Reg
- ☐ Reg Deliv
- ☐ Sign
- ☐ Sign Rest

Domest

9589 0710 5270 1828 8899 59

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 13.34

Extra Services & Fees (*check box, add fee as appropriate*)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage

Postmark Here

SILVER RD STA. SEP 22 2026 06109 USPS WETHERSFIELD, CT

Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

See Reverse for Instructions